USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1611 UNITED STATES, Appellee, v. ROBERT MEDEIROS, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Thomas A. Grasso on brief for appellant. ________________ Sheldon Whitehouse, United States Attorney, Margaret E. Curran ___________________ ___________________ and Charles A. Tamuleviz, Assistant United States Attorneys, on brief ____________________ for appellee. ____________________ February 10, 1998 ____________________ Per Curiam. Upon careful review of the record, briefs, ___________ and the government's motion for summary disposition, it plainly appears that the district court's discretionary decision to deny a downward departure is not subject to appellate review. See United States v. Saldana, 109 F.3d ___ ______________ _______ 100, 103 (1st Cir. 1997).  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-